UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES,

    Plaintiff(s),

v.

MEMBER SOURCE MEDIA, LLC, et al.,

    Defendant(s).
_____/

No. C 08-1321 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: April 16, 2008

*[signature]*
Signature

Counsel for Defendant Member Source Media, LLC
(Plaintiff, Defendant or indicate "pro se")