**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne, III (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Margarita Calpotura (CA Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
hank@kronenbergerlaw.com
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com
margarita@kronenbergerlaw.com

Attorneys for Defendant, MEMBER SOURCE MEDIA, LLC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ASIS INTERNET SERVICES,** a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**MEMBER SOURCE MEDIA, LLC,** a California limited liability company, dba **PREMIUM PERKS (aka PREMIUMPERKS.COM),** also dba **ONLINE REWARD GROUP (aka ONLINEREWARDGROUP.COM),** also dba **GREAT AMERICAN GIVEAWAYS (aka GREATAMERICANGIVEAWAYS.COM),** also dba **CONSUMER GAIN (aka CONSUMERGAIN.COM),** and **DOES ONE** through **FIFTY**, inclusive<br><br>Defendants. | Case No. CV-08-1321 EMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-16** |

Case No. CV-08-1321 EMC                                                **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Chris Sommer – Equity stake holder in Defendant, Member Source Media, LLC

Respectfully submitted,

Dated: April 17, 2008

> Henry M. Burgoyne, III
> Karl S. Kronenberger
> Jeffrey M. Rosenfeld
> Kronenberger Burgoyne, LLP
>
> By: _____/s/_____
>     Karl S. Kronenberger
>
> Attorneys for Defendant,
> MEMBER SOURCE MEDIA, LLC.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

Case No. CV-08-1321 EMC               1               **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**