**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Margarita Calpotura (CA Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
hank@kronenbergerlaw.com
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com
margarita@kronenbergerlaw.com

Attorneys for Defendant Member Source Media, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ASIS INTERNET SERVICES,** a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**MEMBER SOURCE MEDIA, LLC,** *et al.*,<br><br>Defendants. | CASE NO. CV-08-1321-EMC<br><br>**DECLARATION OF CHRIS SOMMER IN SUPPORT OF MEMBER SOURCE MEDIA, LLC'S MOTION FOR SECURITY FOR COSTS INCLUDING ATTORNEYS' FEES**<br><br>Date: June 11, 2008<br>Time: 10:30 AM<br>Ctrm: C, 15th Floor |

I, Chris Sommer, declare as follows:

1. I am the founder and owner of Defendant Member Source Media, LLC ("Member Source"). Unless otherwise stated, I have personal knowledge of the facts stated herein.

2. Member Source is an Internet marketing company, which assists clients such as Blockbuster, Discover Card, and Columbia House in the online promotion of their goods and services.

CASE NO. CV-08-1321-EMC       1       DECLARATION OF C. SOMMER ISO MTN. FOR SECURITY

3. These advertisements are delivered to consumers through the use of banner ads, incentive offers, and lawful email advertisements.

4. Member Source does not send the vast majority of the emails promoting its clients' goods and services. Rather, Member Source enters into arms length contracts with affiliate networks to send out these emails, providing the networks with the creative material to be included in the emails.

5. As part of these contracts, the affiliate networks warrant that they will adhere to the law, including the requirements of CAN-SPAM, in their performance under the contract.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that this Declaration was executed on May 5, 2008, at San Francisco, California.

_____
Chris Sommer

CASE NO. CV-08-1321-EMC

2

DECLARATION OF C. SOMMER ISO MTN. FOR SECURITY