1

**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne (CA Bar No. 203748)

2
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)

3
Margarita Calpotura (CA Bar No. 244711)
150 Post Street, Suite 520

4
San Francisco, CA 94108
Telephone:  (415) 955-1155

5
Facsimile:  (415) 955-1158
hank@kronenbergerlaw.com

6
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com

7
margarita@kronenbergerlaw.com

8
Attorneys for Defendant Member Source Media, LLC

9

10

11
**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

12

13
**ASIS INTERNET SERVICES,** a California
corporation,

14
                Plaintiff,

15
        vs.

16
**MEMBER SOURCE MEDIA, LLC,** *et al.*,

17
                Defendants.

18

19

CASE NO. CV-08-1321-EMC

**[PROPOSED] ORDER**

Date: June 11, 2008
Time: 10:30 AM
Ctrm: C, 15th Floor

20

21

22

23

24

25

26

27

28

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

## <u>ORDER</u>

Defendant Member Source Media, LLC ("Member Source")'s Motion for Security for Costs Including Attorneys' Fees was presented to this Court on June 11, 2008.  The Court, having considered the relevant documents, arguments, and legal authorities, hereby concludes that, good cause appearing:

1.    IT IS HEREBY ORDERED THAT Plaintiff, ASIS Internet Services is required to post security to the Court in the amount of $200,000 to cover the costs and attorneys' reasonably expected to be incurred by Member Source.

IT IS SO ORDERED:

Dated:_____

_____

Edward M. Chen

Magistrate Judge of the United States District Court for the Northern District of California