UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES,

        Plaintiff,

  v.

MEMBER SOURCE MEDIA, LLC., etc.,

        Defendant.
_____/

Case No. C08-01321 EMC

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the Case Management Conference has been rescheduled from June 11, 2008 at 1:30 p.m. to **June 11, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.   A joint Case Management Conference Statement shall be filed by June 4, 2008.

Dated: May 13, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

by: _____
    Betty Fong
    Courtroom Deputy