**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX  441-1533**

Attorneys for Plaintiff, ASIS INTERNET SERVICES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>MEMBER SOURCE MEDIA, LLC, a California limited liability company, et al.,<br><br>        Defendants. | Case No.  CV-08-1321 EMC<br><br>**REQUEST FOR JUDICIAL NOTICE** |

**PLEASE TAKE NOTICE THAT**, pursuant to *Federal Rule of Evidence* 201, Plaintiff ASIS Internet Services requests the Court to take judicial notice of the ten (10) Notices of Entry of Judgment made in the matter of *Larry Storie vs. Member Source Media, LLC*, Superior Court of California, County of San Mateo, Small Claims Division, Case numbers:  SCC 104943, 104944, 104945, 104946, 104947, 104948, 104949, 104950, 104951, 104952 and the Bench Warrant served on Chris Somer in SCC 104944, on the grounds these documents have a bearing on this action.  Schwarzer, Tashima & Wagstaffe, *Federal Civil Procedure Before Trial*, §12:55 (TRG 06).  Certified copies from the San Mateo County Court are being submitted herewith to the Court, copies of which are attached hereto as Exhibit "A."

**SINGLETON LAW GROUP**

Dated:        May 28, 2008            /s/ Richard E. Grabowski
                                       Jason K. Singleton
                                       Richard E. Grabowski, Attorneys for Plaintiff,
                                       **ASIS INTERNET SERVICES**

REQUEST FOR JUDICIAL NOTICE                    1                         CV-08-1321 EMC

SC-130

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO, SMALL CLAIMS DIVISION

☐ SOUTHERN BRANCH
500 County Center
Redwood City, CA 94063
(650) 363-4303

☒ CENTRAL BRANCH
800 N. Humboldt St.
San Mateo, CA 94401
(650) 573-2605

☐ NORTHERN BRANCH
1050 Mission Road
So. San Francisco, CA 94080
(650) 877-5775

Court Website: www.sanmateocourt.org

**SMALL CLAIMS CASE NO.:** SCC-104943

**NOTICE TO ALL PLAINTIFFS AND DEFENDANTS:** Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your wages, money, and property may be taken without further warning from the court. Read the back of this sheet for important information about your rights.

**AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS:** Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado que usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el reverso de este formulario para obtener información de importancia acerca de sus derechos.

**PLAINTIFF/DEMANDANTE** (Name, street address, and telephone number of each):
LARRY STORIE
818 VIRGINIA WOODS LANE.
ORLANDO, FL 32824

Telephone No.:

**DEFENDANT/DEMANDADO** (Name, street address, and telephone number of each):
MEMBER SOURCE MEDIA, LLC
1322 MAPLE STREET.
SAN MATEO, CA 94402

Telephone No.:

Telephone No.:

Telephone No.:

☐ See attached sheet for additional plaintiffs and defendants.

## NOTICE OF ENTRY OF JUDGMENT

Judgment was entered as checked below on (date): 05-16-07

1. ☒ Defendant (name, if more than one):
   shall pay plaintiff (name, if more than one):
   $ 750.00   principal and: $ 100.00   costs on plaintiffs claim.
2. ☐ Defendant does not owe plaintiff any money on plaintiff's claim.
3. ☐ Plaintiff (name, if more than one):
   shall pay defendant (name, if more than one):
   $ .   principal and $   costs on defendant's claim.
4. ☐ Plaintiff does not owe defendant any money on defendants claim.
5. ☐ Possession of the following property is awarded to plaintiff (describe property):

6. ☐ Payments are to be made at the rate of: $   per (specify period):   , beginning on (date):
   and on the (specify day):   day of each month thereafter until paid in full. If any payment is missed, the entire balance may become due immediately.
7. ☐ Dismissed in court ☐ with Prejudice. ☐ without prejudice.
8. ☐ Attorney-Client Fee Dispute (Attachment to Notice of Entry of Judgment) (form SC-132) is attached.
9. ☐ Other (specify):

10. ☐ This judgment results from a motor vehicle accident on a California highway and was caused by the judgment debtor's operation of a motor vehicle. If the judgment is not paid, the judgment creditor may apply to have the judgment debtor's drivers license suspended.
11. Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.
12. ☐ This notice was personally delivered to (insert name and date):
13. CLERK'S CERTIFICATE OF MAILING— I certify that I am not a party to this action. This Notice of Entry of Judgment was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above. The mailing and this certification occurred at the place and on the date shown below.

Place of mailing: San Mateo, California

Date of mailing: 05-16-07       JOHN C. FITTON, Court Executive Officer/Clerk by _____, Deputy

— The county provides small claims advisor services free of charge. Read the information sheet on the reverse. —

Form Adopted for Mandatory Use
Judicial Council of California
SC-130 [Rev. January 1, 2007]

**NOTICE OF ENTRY OF JUDGMENT**
(Small Claims)

Page 1 of 2

Code of Civil Procedure, § 116.610
www.courtinfo.ca.gov

[Seal: SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO]

STATE OF CALIFORNIA } ss.
COUNTY OF SAN MATEO }

I, the Clerk of the Superior Court of the above court, do hereby certify that the foregoing is a full, true copy of the original on file in my office, and that I have fully compared same with the original.
Witness my hand and seal of said Superior Court
This 20TH day of May, 2008
Clerk of the Superior Court of California, County of San Mateo
By _____ Deputy Clerk

SC-130

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO, SMALL CLAIMS DIVISION

☐ SOUTHERN BRANCH
500 County Center
Redwood City, CA 94063
(650) 363-4303

☒ CENTRAL BRANCH
800 N. Humboldt St.
San Mateo, CA 94401
(650) 573-2605

☐ NORTHERN BRANCH
1050 Mission Road
So. San Francisco, CA 94080
(650) 877-5775

Court Website: www.sanmateocourt.org

SMALL CLAIMS CASE NO.: SCC-104944

| NOTICE TO ALL PLAINTIFFS AND DEFENDANTS: Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your wages, money, and property may be taken without further warning from the court. Read the back of this sheet for important information about your rights. | AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS: Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado que usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el reverso de este formulario para obtener información de importancia acerca de sus derechos. |
|---|---|

PLAINTIFF/DEMANDANTE (Name, street address, and telephone number of each):
LARRY STORIE
818 VIRGINIA WOODS LANE.
ORLANDO, FL 32824

DEFENDANT/DEMANDADO (Name, street address, and telephone number of each):
MEMBER SOURCE MEDIA, LLC
1322 MAPLE STREET.
SAN MATEO, CA 94402

Telephone No.:

Telephone No.:

Telephone No.:

Telephone No.:

☐ See attached sheet for additional plaintiffs and defendants.

NOTICE OF ENTRY OF JUDGMENT

Judgment was entered as checked below on (date): 05-16-07
1. ☒ Defendant (name, if more than one):
   shall pay plaintiff (name, if more than one):
   $ 750.00    principal and: $ 100.00    costs on plaintiffs claim.
2. ☐ Defendant does not owe plaintiff any money on plaintiff's claim.
3. ☐ Plaintiff (name, if more than one):
   shall pay defendant (name, if more than one):
   $          principal and $          costs on defendant's claim.
4. ☐ Plaintiff does not owe defendant any money on defendants claim.
5. ☐ Possession of the following property is awarded to plaintiff (describe property):

6. ☐ Payments are to be made at the rate of: $          per (specify period):          , beginning on (date):
   and on the (specify day):          day of each month thereafter until paid in full. If any payment is missed, the
   entire balance may become due immediately.
7. ☐ Dismissed in court ☐ with Prejudice. ☐ without prejudice.
8. ☐ Attorney-Client Fee Dispute (Attachment to Notice of Entry of Judgment) (form SC-132) is attached.
9. ☐ Other (specify):

10. ☐ This judgment results from a motor vehicle accident on a California highway and was caused by the judgment debtor's operation of a motor vehicle. If the judgment is not paid, the judgment creditor may apply to have the judgment debtor's drivers license suspended.
11. Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.
12. ☐ This notice was personally delivered to (insert name and date):
13. CLERK'S CERTIFICATE OF MAILING— I certify that I am not a party to this action. This Notice of Entry of Judgment was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above. The mailing and this certification occurred at the place and on the date shown below.

Place of mailing: San Mateo, California

Date of mailing: 05-16-07    JOHN C. FITTON, Court Executive Officer/Clerk by _____, Deputy

— The county provides small claims advisor services free of charge. Read the information sheet on the reverse. —

Form Adopted for Mandatory Use
Judicial Council of California
SC-130 [Rev. January 1, 2007]

NOTICE OF ENTRY OF JUDGMENT
(Small Claims)

Page 1 of 2

Code of Civil Procedure, § 116.610
www.courtinfo.ca.gov

STATE OF CALIFORNIA
COUNTY OF SAN MATEO } SS.

I, _____ C. Fitton, the Clerk of the Superior Court of the above entitled County, do hereby certify that the foregoing is a full, true and correct copy of the original on file in my office, and that I have carefully compared same with the original.
Witness my hand and seal of said Superior Court
This 20TH day of May 2008
Clerk of the Superior Court of California, County of San Mateo
By _____
Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO, SMALL CLAIMS DIVISION

| ☐ SOUTHERN BRANCH | ☒ CENTRAL BRANCH | ☐ NORTHERN BRANCH |
|---|---|---|
| 500 County Center | 800 N. Humboldt St. | 1050 Mission Road |
| Redwood City, CA 94063 | San Mateo, CA 94401 | So. San Francisco, CA 94080 |
| (650) 363-4303 | (650) 573-2605 | (650) 877-5775 |

Court Website: www.sanmateocourt.org

SMALL CLAIMS CASE NO.: SCC-104945

| NOTICE TO ALL PLAINTIFFS AND DEFENDANTS: Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your wages, money, and property may be taken without further warning from the court. Read the back of this sheet for important information about your rights. | AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS: Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado que usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el reverso de este formulario para obtener información de importancia acerca de sus derechos. |
|---|---|

PLAINTIFF/DEMANDANTE (Name, street address, and telephone number of each):
LARRY STORIE
818 VIRGINIA WOODS LANE
ORLANDO, FL 32824

Telephone No.:

DEFENDANT/DEMANDADO (Name, street address, and telephone number of each):
MEMBER SOURCE MEDIA, LLC
1322 MAPLE STREET
SAN MATEO, CA 94402

Telephone No.:

☐ See attached sheet for additional plaintiffs and defendants.

## NOTICE OF ENTRY OF JUDGMENT

Judgment was entered as checked below on (date): 05-16-07
1. ☒ Defendant (name, if more than one):
   shall pay plaintiff (name, if more than one):
   $ 750.00   principal and: $ 75.00   costs on plaintiff's claim.
2. ☐ Defendant does not owe plaintiff any money on plaintiff's claim.
3. ☐ Plaintiff (name, if more than one):
   shall pay defendant (name, if more than one):
   $   principal and: $   costs on defendant's claim.
4. ☐ Plaintiff does not owe defendant any money on defendant's claim.
5. ☐ Possession of the following property is awarded to plaintiff (describe property):
6. ☐ Payments are to be made at the rate of: $   per (specify period):   beginning on (date):
   and on the (specify day):   day of each month thereafter until paid in full. If any payment is missed, the entire balance may become due immediately.
7. ☐ Dismissed in court. ☐ with Prejudice. ☐ without prejudice.
8. ☐ Attorney-Client Fee Dispute (Attachment to Notice of Entry of Judgment) (form SC-132) is attached.
9. ☐ Other (specify):
10. ☐ This judgment results from a motor vehicle accident on a California highway and was caused by the judgment debtor's operation of a motor vehicle. If the judgment is not paid, the judgment creditor may apply to have the judgment debtor's drivers license suspended.
11. Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.
12. ☐ This notice was personally delivered to (insert name and date):
13. CLERK'S CERTIFICATE OF MAILING — I certify that I am not a party to this action. This Notice of Entry of Judgment was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above. The mailing and this certification occurred at the place and on the date shown below.

Place of mailing: San Mateo, California

Date of mailing: 05-16-07   JOHN C. FITTON, Court Executive Officer/Clerk by _____, Deputy

— The county provides small claims advisor services free of charge. Read the information sheet on the reverse. —

Form Adopted for Mandatory Use
Judicial Council of California
SC-130 [Rev. January 1, 2007]

NOTICE OF ENTRY OF JUDGMENT
(Small Claims)

Page 1 of 2
Code of Civil Procedure, § 116.810
www.courtinfo.ca.gov

STATE OF CALIFORNIA  } ss.
COUNTY OF SAN MATEO }

...ton, the Clerk of the Superior Court of the above... County, do hereby certify that the foregoing is a full, true and correct copy of the original on file in my office, and that I have carefully compared same with the original.
Witness my hand and seal of said Superior Court
This 20TH day of May 2008
Clerk of the Superior Court of California, County of San Mateo
By _____ Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO, SMALL CLAIMS DIVISION

| ☐ SOUTHERN BRANCH<br>500 County Center<br>Redwood City, CA 94063<br>(650) 363-4303 | ☒ CENTRAL BRANCH<br>800 N. Humboldt St.<br>San Mateo, CA 94401<br>(650) 573-2605 | ☐ NORTHERN BRANCH<br>1050 Mission Road<br>So. San Francisco, CA 94080<br>(650) 877-5775 |
|---|---|---|

Court Website: www.sanmateocourt.org

SMALL CLAIMS CASE NO.: SCC-104946

| NOTICE TO ALL PLAINTIFFS AND DEFENDANTS:<br>Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your wages, money, and property may be taken without further warning from the court. Read the back of this sheet for important information about your rights. | AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS:<br>Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado que usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el reverso de este formulario para obtener información de importancia acerca de sus derechos. |
|---|---|

PLAINTIFF/DEMANDANTE (Name, street address, and telephone number of each):
LARRY STORIE
818 VIRGINIA WOODS LANE
ORLANDO, FL 32824

DEFENDANT/DEMANDADO (Name, street address, and telephone number of each):
MEMBER SOURCE MEDIA, LLC
1322 MAPLE STREET
SAN MATEO, CA 94402

Telephone No.:

Telephone No.:

Telephone No.:

Telephone No.:

☐ See attached sheet for additional plaintiffs and defendants.

### NOTICE OF ENTRY OF JUDGMENT

Judgment was entered as checked below on (date): 05-16-07

1. ☒ Defendant (name, if more than one):
   shall pay plaintiff (name, if more than one):
   $ 750.00    principal and: $ 75.00    costs on plaintiffs claim.
2. ☐ Defendant does not owe plaintiff any money on plaintiff's claim.
3. ☐ Plaintiff (name, if more than one):
   shall pay defendant (name, if more than one):
   $           principal and $           costs on defendant's claim.
4. ☐ Plaintiff does not owe defendant any money on defendants claim.
5. ☐ Possession of the following property is awarded to plaintiff (describe property):
6. ☐ Payments are to be made at the rate of: $           per (specify period):           , beginning on (date):
   and on the (specify day):           day of each month thereafter until paid in full. If any payment is missed, the entire balance may become due immediately.
7. ☐ Dismissed in court    ☐ with Prejudice.    ☐ without prejudice.
8. ☐ Attorney-Client Fee Dispute (Attachment to Notice of Entry of Judgment) (form SC-132) is attached.
9. ☐ Other (specify):
10. ☐ This judgment results from a motor vehicle accident on a California highway and was caused by the judgment debtor's operation of a motor vehicle. If the judgment is not paid, the judgment creditor may apply to have the judgment debtor's drivers license suspended.
11. Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.
12. ☐ This notice was personally delivered to (insert name and date):
13. CLERK'S CERTIFICATE OF MAILING — I certify that I am not a party to this action. This Notice of Entry of Judgment was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above. The mailing and this certification occurred at the place and on the date shown below.

Place of mailing: San Mateo, California

Date of mailing: 05-16-07    JOHN C. FITTON, Court Executive Officer/Clerk by _____, Deputy

— The county provides small claims advisor services free of charge. Read the information sheet on the reverse. —

NOTICE OF ENTRY OF JUDGMENT
(Small Claims)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SC-130 [Rev. January 1, 2007]

Code of Civil Procedure, § 116.810
www.courtinfo.ca.gov

STATE OF CALIFORNIA
COUNTY OF SAN MATEO } SS.

I, the Clerk of the Superior Court of the above entitled court, hereby certify that the foregoing is a full, true and correct copy of the original on file in my office, and that I have compared same with the original. Witness my hand and seal of said Superior Court

This 20TH day of May 2008
Clerk of the Superior Court of California, County of San Mateo

By _____
       Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO, SMALL CLAIMS DIVISION

| ☐ SOUTHERN BRANCH | ☒ CENTRAL BRANCH | ☐ NORTHERN BRANCH |
|---|---|---|
| 500 County Center<br>Redwood City, CA 94063<br>(650) 363-4303 | 800 N. Humboldt St.<br>San Mateo, CA 94401<br>(650) 573-2605 | 1050 Mission Road<br>So. San Francisco, CA 94080<br>(650) 877-5775 |

Court Website: www.sanmateocourt.org

SMALL CLAIMS CASE NO.: SCC-104947

| NOTICE TO ALL PLAINTIFFS AND DEFENDANTS:<br>Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your wages, money, and property may be taken without further warning from the court. Read the back of this sheet for important information about your rights. | AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS:<br>Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado que usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el reverso de este formulario para obtener información de importancia acerca de sus derechos. |
|---|---|

PLAINTIFF/DEMANDANTE (Name, street address, and telephone number of each):
LARRY STORIE
818 VIRGINIA WOODS LANE.
ORLANDO, FL 32824

DEFENDANT/DEMANDADO (Name, street address, and telephone number of each):
MEMBER SOURCE MEDIA, LLC
1322 MAPLE STREET.
SAN MATEO, CA 94402

Telephone No.:

Telephone No.:

Telephone No.:

Telephone No.:

☐ See attached sheet for additional plaintiffs and defendants.

### NOTICE OF ENTRY OF JUDGMENT

Judgment was entered as checked below on (date): 05-16-07

1. ☒ Defendant (name, if more than one):
   shall pay plaintiff (name, if more than one):
   $ 750.00    principal and: $ 75.00    costs on plaintiffs claim.
2. ☐ Defendant does not owe plaintiff any money on plaintiff's claim.
3. ☐ Plaintiff (name, if more than one):
   shall pay defendant (name, if more than one):
   $    principal and $    costs on defendant's claim.
4. ☐ Plaintiff does not owe defendant any money on defendants claim.
5. ☐ Possession of the following property is awarded to plaintiff (describe property):

6. ☐ Payments are to be made at the rate of: $    per (specify period):    , beginning on (date):
   and on the (specify day):    day of each month thereafter until paid in full. If any payment is missed, the entire balance may become due immediately.
7. ☐ Dismissed in court ☐ with Prejudice.  ☐ without prejudice.
8. ☐ Attorney-Client Fee Dispute (Attachment to Notice of Entry of Judgment) (form SC-132) is attached.
9. ☐ Other (specify):
10. ☐ This judgment results from a motor vehicle accident on a California highway and was caused by the judgment debtor's operation of a motor vehicle. If the judgment is not paid, the judgment creditor may apply to have the judgment debtor's drivers license suspended.
11. Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.
12. ☐ This notice was personally delivered to (insert name and date):
13. CLERK'S CERTIFICATE OF MAILING — I certify that I am not a party to this action. This Notice of Entry of Judgment was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above. The mailing and this certification occurred at the place and on the date shown below.

Place of mailing: San Mateo, California

Date of mailing: 05-16-07    JOHN C. FITTON, Court Executive Officer/Clerk by _____, Deputy

— The county provides small claims advisor services free of charge. Read the information sheet on the reverse. —

NOTICE OF ENTRY OF JUDGMENT
(Small Claims)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SC-130 [Rev. January 1, 2007]

Code of Civil Procedure, § 116.610
www.courtinfo.ca.gov

STATE OF CALIFORNIA
COUNTY OF SAN MATEO } ss.

I, John C. Fitton, the Clerk of the Superior Court of the above county, do hereby certify that the foregoing is a full, true and correct copy of the original on file in my office, and that I have carefully compared same with the original.
Witness my hand and seal of said Superior Court
This 20TH day of MAY 2008
Clerk of the Superior Court of California, County of San Mateo
By _____, Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO, SMALL CLAIMS DIVISION — SC-130

- ☐ SOUTHERN BRANCH
  500 County Center
  Redwood City, CA 94063
  (650) 363-4303
- ☒ CENTRAL BRANCH
  800 N. Humboldt St.
  San Mateo, CA 94401
  (650) 573-2605
- ☐ NORTHERN BRANCH
  1050 Mission Road
  So. San Francisco, CA 94080
  (650) 877-5775

Court Website: www.sanmateocourt.org

SMALL CLAIMS CASE NO.: SCC-104948

**NOTICE TO ALL PLAINTIFFS AND DEFENDANTS:** Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your wages, money, and property may be taken without further warning from the court. Read the back of this sheet for important information about your rights.

**AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS:** Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado que usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el reverso de este formulario para obtener informacion de importancia acerca de sus derechos.

PLAINTIFF/DEMANDANTE (Name, street address, and telephone number of each):
LARRY STORIE
818 VIRGINIA WOODS LANE.
ORLANDO, FL 32824

Telephone No.:

DEFENDANT/DEMANDADO (Name, street address, and telephone number of each):
MEMBER SOURCE MEDIA, LLC
1322 MAPLE STREET.
SAN MATEO, CA 94402

Telephone No.:

☐ See attached sheet for additional plaintiffs and defendants.

### NOTICE OF ENTRY OF JUDGMENT

Judgment was entered as checked below on (date): 05-16-07

1. ☒ Defendant (name, if more than one):
   shall pay plaintiff (name, if more than one):
   $ 750.00   principal and $ 75.00   costs on plaintiff's claim.
2. ☐ Defendant does not owe plaintiff any money on plaintiff's claim.
3. ☐ Plaintiff (name, if more than one):
   shall pay defendant (name, if more than one):
   $   principal and $   costs on defendant's claim.
4. ☐ Plaintiff does not owe defendant any money on defendant's claim.
5. ☐ Possession of the following property is awarded to plaintiff (describe property):
6. ☐ Payments are to be made at the rate of: $   per (specify period):   , beginning on (date):   and on the (specify day):   day of each month thereafter until paid in full. If any payment is missed, the entire balance may become due immediately.
7. ☐ Dismissed in court ☐ with Prejudice. ☐ without prejudice.
8. ☐ Attorney-Client Fee Dispute (Attachment to Notice of Entry of Judgment) (form SC-132) is attached.
9. ☐ Other (specify):
10. ☐ This judgment results from a motor vehicle accident on a California highway and was caused by the judgment debtor's operation of a motor vehicle. If the judgment is not paid, the judgment creditor may apply to have the judgment debtor's drivers license suspended.
11. Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.
12. ☐ This notice was personally delivered to (insert name and date):
13. CLERK'S CERTIFICATE OF MAILING— I certify that I am not a party to this action. This Notice of Entry of Judgment was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above. The mailing and this certification occurred at the place and on the date shown below.

Place of mailing: San Mateo, California

Date of mailing: 05-16-07    JOHN C. FITTON, Court Executive Officer/Clerk by _____, Deputy

— The county provides small claims advisor services free of charge. Read the information sheet on the reverse. —

Form Adopted for Mandatory Use
Judicial Council of California
SC-130 [Rev. January 1, 2007]

**NOTICE OF ENTRY OF JUDGMENT**
(Small Claims)

Page 1 of 2
Code of Civil Procedure, § 116.610
www.courtinfo.ca.gov

STATE OF CALIFORNIA
COUNTY OF SAN MATEO } ss.

I, ___ Fitton, the Clerk of the Superior Court of the above County, do hereby certify that the foregoing is a full, true and correct copy of the original on file in my office, and that I have carefully compared same with the original.
Witness my hand and seal of said Superior Court
This 20TH day of MAY 2008
Clerk of the Superior Court of California, County of San Mateo
By _____ Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO, SMALL CLAIMS DIVISION

SC-130

☐ SOUTHERN BRANCH
500 County Center
Redwood City, CA 94063
(650) 363-4303

☒ CENTRAL BRANCH
800 N. Humboldt St.
San Mateo, CA 94401
(650) 573-2605

☐ NORTHERN BRANCH
1050 Mission Road
So. San Francisco, CA 94080
(650) 877-5775

Court Website: www.sanmateocourt.org

SMALL CLAIMS CASE NO.: SCC-104949

| NOTICE TO ALL PLAINTIFFS AND DEFENDANTS: Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your wages, money, and property may be taken without further warning from the court. Read the back of this sheet for important information about your rights. | AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS: Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado que usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el reverso de este formulario para obtener informacion de importancia acerca de sus derechos. |
|---|---|

PLAINTIFF/DEMANDANTE (Name, street address, and telephone number of each):
LARRY STORIE
818 VIRGINIA WOODS LANE.
ORLANDO, FL 32824

DEFENDANT/DEMANDADO (Name, street address, and telephone number of each):
MEMBER SOURCE MEDIA, LLC
1322 MAPLE STREET.
SAN MATEO, CA 94402

Telephone No.:

Telephone No.:

Telephone No.:

Telephone No.:

☐ See attached sheet for additional plaintiffs and defendants.

NOTICE OF ENTRY OF JUDGMENT

Judgment was entered as checked below on (date): 05-16-07
1. ☒ Defendant (name, if more than one):
   shall pay plaintiff (name, if more than one):
   $ 750.00    principal and $ 75.00    costs on plaintiffs claim.
2. ☐ Defendant does not owe plaintiff any money on plaintiff's claim.
3. ☐ Plaintiff (name, if more than one):
   shall pay defendant (name, if more than one):
   $    principal and $    costs on defendant's claim.
4. ☐ Plaintiff does not owe defendant any money on defendants claim.
5. ☐ Possession of the following property is awarded to plaintiff (describe property):

6. ☐ Payments are to be made at the rate of: $    per (specify period):    , beginning on (date):
   and on the (specify day):    day of each month thereafter until paid in full. If any payment is missed, the entire balance may become due immediately.
7. ☐ Dismissed in court ☐ with Prejudice. ☐ without prejudice.
8. ☐ Attorney-Client Fee Dispute (Attachment to Notice of Entry of Judgment) (form SC-132) is attached.
9. ☐ Other (specify):
10. ☐ This judgment results from a motor vehicle accident on a California highway and was caused by the judgment debtor's operation of a motor vehicle. If the judgment is not paid, the judgment creditor may apply to have the judgment debtor's drivers license suspended.
11. Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.
12. ☐ This notice was personally delivered to (insert name and date):
13. CLERK'S CERTIFICATE OF MAILING— I certify that I am not a party to this action. This Notice of Entry of Judgment was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above. The mailing and this certification occurred at the place and on the date shown below.

Place of mailing: San Mateo, California

Date of mailing: 05-16-07    JOHN C. FITTON, Court Executive Officer/Clerk by _____, Deputy

— The county provides small claims advisor services free of charge. Read the information sheet on the reverse. —

Form Adopted for Mandatory Use
Judicial Council of California
SC-130 [Rev. January 1, 2007]

NOTICE OF ENTRY OF JUDGMENT
(Small Claims)

Page 1 of 2

Code of Civil Procedure, § 116.610
www.courtinfo.ca.gov

CALIFORNIA } ss.
COUNTY OF SAN MATEO }
..., Fitton, the Clerk of the Superior Court of the above County, do hereby certify that the foregoing is a full, true and correct copy of the original on file in my office, and that I have carefully compared same with the original.
Witness my hand and seal of said Superior Court
This 20TH day of May 2008
Clerk of the Superior Court of California, County of San Mateo
By _____ Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO SMALL CLAIMS DIVISION

☐ SOUTHERN BRANCH
500 County Center
Redwood City, CA 94063
(650) 363-4303

☒ CENTRAL BRANCH
800 N. Humboldt St.
San Mateo, CA 94401
(650) 573-2605

☐ NORTHERN BRANCH
1050 Mission Road
So. San Francisco, CA 94080
(650) 877-5775

Court Website: www.sanmateocourt.org

SMALL CLAIMS CASE NO.: SCC-104950

| NOTICE TO ALL PLAINTIFFS AND DEFENDANTS: Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your *wages, money, and property may be taken without further warning from the court.* Read the back of this sheet for important information about your rights. | AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS: Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado que usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el reverso de este formulario para obtener información de importancia acerca de sus derechos. |
|---|---|

PLAINTIFF/DEMANDANTE (Name, street address, and telephone number of each):
LARRY STORIE
818 VIRGINIA WOODS LANE.
ORLANDO, FL 32824

Telephone No.:

DEFENDANT/DEMANDADO - (Name, street address, and telephone number of each):
MEMBER SOURCE MEDIA, LLC
1322 MAPLE STREET.
SAN MATEO, CA 94402

Telephone No.:

Telephone No.:

Telephone No.:

☐ See attached sheet for additional plaintiffs and defendants.

**NOTICE OF ENTRY OF JUDGMENT**

Judgment was entered as checked below on (date): 05-16-07
1. ☒ Defendant (name, if more than one):
    shall pay plaintiff (name, if more than one):
    $ 750.00    principal and: $ 75.00    costs on plaintiffs claim.
2. ☐ Defendant does not owe plaintiff any money on plaintiff's claim.
3. ☐ Plaintiff (name, if more than one):
    shall pay defendant (name, if more than one):
    $    principal and $    costs on defendant's claim.
4. ☐ Plaintiff does not owe defendant any money on defendants claim.
5. ☐ Possession of the following property is awarded to plaintiff (describe property):

6. ☐ Payments are to be made at the rate of: $    per (specify period):    , beginning on (date):
    and on the (specify day):    day of each month thereafter until paid in full. If any payment is missed, the entire balance may become due immediately.
7. ☐ Dismissed in court ☐ with Prejudice. ☐ without prejudice.
8. ☐ Attorney-Client Fee Dispute (Attachment to Notice of Entry of Judgment) (form SC-132) is attached.
9. ☐ Other (specify):

10. ☐ This judgment results from a motor vehicle accident on a California highway and was caused by the judgment debtor's operation of a motor vehicle. If the judgment is not paid, the judgment creditor may apply to have the judgment debtor's drivers license suspended.
11. Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.
12. ☐ This notice was personally delivered to (insert name and date):
13. CLERK'S CERTIFICATE OF MAILING— I certify that I am not a party to this action. This *Notice of Entry of Judgment* was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above. The mailing and this certification occurred at the place and on the date shown below.

Place of mailing: San Mateo, California

Date of mailing: 05-16-07    JOHN C. FITTON, Court Executive Officer/Clerk by _____, Deputy

— The county provides small claims advisor services free of charge. Read the information sheet on the reverse. —

Form Adopted for Mandatory Use
Judicial Council of California
SC-130 [Rev. January 1, 2007]

**NOTICE OF ENTRY OF JUDGMENT**
(Small Claims)

Page 1 of 2

Code of Civil Procedure, § 116.610
www.courtinfo.ca.gov

STATE OF CALIFORNIA } ss.
COUNTY OF SAN MATEO }

I, John C. Fitton, the Clerk of the Superior Court of the above named County, do hereby certify that the foregoing is a full, true and correct copy of the original on file in my office, and that I have carefully compared same with the original.
Witness my hand and seal of said Superior Court.

This 20TH day of MAY 2008
Clerk of the Superior Court of California, County of San Mateo
By _____ Deputy Clerk

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO, SMALL CLAIMS DIVISION | | |
|---|---|---|
| ☐ SOUTHERN BRANCH<br>500 County Center<br>Redwood City, CA 94063<br>(650) 363-4303 | ☒ CENTRAL BRANCH<br>800 N. Humboldt St.<br>San Mateo, CA 94401<br>(650) 573-2605 | ☐ NORTHERN BRANCH<br>1050 Mission Road<br>So. San Francisco, CA 94080<br>(650) 877-5775 |

Court Website: www.sanmateocourt.org

SMALL CLAIMS CASE NO.: SCC-104951

| NOTICE TO ALL PLAINTIFFS AND DEFENDANTS:<br>Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your wages, money, and property may be taken without further warning from the court. Read the back of this sheet for important information about your rights. | AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS:<br>Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado que usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el reverso de este formulario para obtener información de importancia acerca de sus derechos. |
|---|---|

| PLAINTIFF/DEMANDANTE (Name, street address, and telephone number of each):<br>LARRY STORIE<br>818 VIRGINIA WOODS LANE.<br>ORLANDO, FL 32824 | DEFENDANT/DEMANDADO (Name, street address, and telephone number of each):<br>MEMBER SOURCE MEDIA, LLC<br>1322 MAPLE STREET.<br>SAN MATEO, CA 94402 |
|---|---|
| Telephone No.: | Telephone No.: |
| Telephone No.: | Telephone No.: |

☐ See attached sheet for additional plaintiffs and defendants.

## NOTICE OF ENTRY OF JUDGMENT

Judgment was entered as checked below on (date): 05-16-07

1. ☒ Defendant (name, if more than one):
   shall pay plaintiff (name, if more than one):
   $ 750.00   principal and: $ 75.00   costs on plaintiff's claim.
2. ☐ Defendant does not owe plaintiff any money on plaintiff's claim.
3. ☐ Plaintiff (name, if more than one):
   shall pay defendant (name, if more than one):
   $   principal and $   costs on defendant's claim.
4. ☐ Plaintiff does not owe defendant any money on defendants claim.
5. ☐ Possession of the following property is awarded to plaintiff (describe property):

6. ☐ Payments are to be made at the rate of: $   per (specify period):   , beginning on (date):
   and on the (specify day):   day of each month thereafter until paid in full. If any payment is missed, the entire balance may become due immediately.
7. ☐ Dismissed in court ☐ with Prejudice. ☐ without prejudice.
8. ☐ Attorney-Client Fee Dispute (Attachment to Notice of Entry of Judgment) (form SC-132) is attached.
9. ☐ Other (specify):
10. ☐ This judgment results from a motor vehicle accident on a California highway and was caused by the judgment debtor's operation of a motor vehicle. If the judgment is not paid, the judgment creditor may apply to have the judgment debtor's drivers license suspended.
11. Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.
12. ☐ This notice was personally delivered to (insert name and date):
13. CLERK'S CERTIFICATE OF MAILING— I certify that I am not a party to this action. This Notice of Entry of Judgment was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above. The mailing and this certification occurred at the place and on the date shown below.

Place of mailing: San Mateo, California

Date of mailing: 05-16-07   JOHN C. FITTON, Court Executive Officer/Clerk by _____, Deputy

— The county provides small claims advisor services free of charge. Read the information sheet on the reverse. —

Form Adopted for Mandatory Use
Judicial Council of California
SC-130 [Rev. January 1, 2007]

NOTICE OF ENTRY OF JUDGMENT
(Small Claims)

Page 1 of 2

Code of Civil Procedure, § 116.610
www.courtinfo.ca.gov

STATE OF CALIFORNIA } SS:
COUNTY OF SAN MATEO }

...Fitton, the Clerk of the Superior Court of the above ...County, do hereby certify that the foregoing is a full, true ...correct copy of the original on file in my office, and that I have carefully compared same with the original.
Witness my hand and seal of said Superior Court
This 10TH day of MAY 2008
Clerk of the Superior Court of California, County of San Mateo
By _____ Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO | SMALL CLAIMS DIVISION

- ☐ SOUTHERN BRANCH
  500 County Center
  Redwood City, CA 94063
  (650) 363-4303
- ☒ CENTRAL BRANCH
  800 N. Humboldt St.
  San Mateo, CA 94401
  (650) 573-2605
- ☐ NORTHERN BRANCH
  1050 Mission Road
  So. San Francisco, CA 94080
  (650) 877-5775

Court Website: www.sanmateocourt.org

SMALL CLAIMS CASE NO.: SCC-104952

**NOTICE TO ALL PLAINTIFFS AND DEFENDANTS:**
Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your *wages, money, and property may be taken without further warning from the court.* Read the back of this sheet for important information about your rights.

**AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS:**
Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado que usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el reverso de este formulario para obtener información de importancia acerca de sus derechos.

PLAINTIFF/DEMANDANTE (Name, street address, and telephone number of each):
LARRY STORIE
818 VIRGINIA WOODS LANE.
ORLANDO, FL 32824

DEFENDANT/DEMANDADO (Name, street address, and telephone number of each):
MEMBER SOURCE MEDIA, LLC
1322 MAPLE STREET.
SAN MATEO, CA 94402

☐ See attached sheet for additional plaintiffs and defendants.

## NOTICE OF ENTRY OF JUDGMENT

Judgment was entered as checked below on (date): 05-16-07

1. ☒ Defendant (name, if more than one):
   shall pay plaintiff (name, if more than one):
   $ 750.00   principal and: $ 75.00   costs on plaintiffs claim.
2. ☐ Defendant does not owe plaintiff any money on plaintiff's claim.
3. ☐ Plaintiff (name, if more than one):
   shall pay defendant (name, if more than one):
   $   principal and $   costs on defendant's claim.
4. ☐ Plaintiff does not owe defendant any money on defendants claim.
5. ☐ Possession of the following property is awarded to plaintiff (describe property):
6. ☐ Payments are to be made at the rate of: $   per (specify period):   , beginning on (date):
   and on the (specify day):   day of each month thereafter until paid in full. If any payment is missed, the entire balance may become due immediately.
7. ☐ Dismissed in court ☐ with Prejudice. ☐ without prejudice.
8. ☐ *Attorney-Client Fee Dispute (Attachment to Notice of Entry of Judgment)* (form SC-132) is attached.
9. ☐ Other (specify):
10. ☐ This judgment results from a motor vehicle accident on a California highway and was caused by the judgment debtor's operation of a motor vehicle. If the judgment is not paid, the judgment creditor may apply to have the judgment debtor's drivers license suspended.
11. Enforcement of the judgment is automatically postponed for 30 days or, if an appeal is filed, until the appeal is decided.
12. ☐ This notice was personally delivered to (insert name and date):
13. CLERK'S CERTIFICATE OF MAILING— I certify that I am not a party to this action. This *Notice of Entry of Judgment* was mailed first class, postage prepaid, in a sealed envelope to the parties at the addresses shown above. The mailing and this certification occurred at the place and on the date shown below.

Place of mailing: San Mateo, California

Date of mailing: 05-16-07    JOHN C. FITTON, Court Executive Officer/Clerk by _____, Deputy

— The county provides small claims advisor services free of charge. Read the information sheet on the reverse. —

NOTICE OF ENTRY OF JUDGMENT
(Small Claims)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SC-130 [Rev. January 1, 2007]

Code of Civil Procedure, § 116.610
www.courtinfo.ca.gov

STATE OF CALIFORNIA } ss.
COUNTY OF SAN MATEO }

John C. Fitton, the Clerk of the Superior Court of the above entitled County, do hereby certify that the foregoing is a full, true copy of the original on file in my office, and that I have compared same with the original.
Witness my hand and seal of said Superior Court
This 20TH day of May 2008
Clerk of the Superior Court of California, County of San Mateo
By _____ Deputy Clerk

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS):<br>LARRY STORIE<br>818 VIRGINIA WOODS LANE<br>ORLANDO, FL 32824 | TELEPHONE NUMBER:<br>407-857-1156 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (NAME): | | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO
CENTRAL BRANCH (SMALL CLAIMS DIVISION)
800 NORTH HUMBOLDT STREET
SAN MATEO, CA 94401

PLAINTIFF: LARRY STORIE

DEFENDANT: MEMBER SOURCE MEDIA, LLC

COPY

**BENCH WARRANT (CIVIL)**

CASE NUMBER: SCC 104944

The People of the State of California, to any Peace Officer in This State:

It appearing to this Court that
- ☐ a sheriff, constable, or marshal
- ☐ a person specially appointed by the Court in the Order
- ☒ a registered process server
- ☐ (Other; specify:) _____

regularly and duly served upon _____ CHRIS SOMER _____ an
- ☒ Order of Examination of Judgment Debtor
- ☐ Order to Show Cause in re Contempt
- ☐ (Other; specify:) _____

requiring said person to appear before this court on ___APRIL 24___, __2008__; and said person having failed to obey the Order,

YOU ARE THEREFORE COMMANDED forthwith to arrest and to bring said person before this Court, then and there to show cause why said person should not be punished for contempt in disobeying the Order of this Court.

Bail is set in the sum of $ __5000.00__. If said person posts bail in that sum, instruct said person to appear at this Court at 1:30 P.M. on the second Monday or Thursday following the date of arrest.

Given under my hand and the seal of this Court, this ___APR 2 8 2008___

BY ORDER OF A JUDGE/COMMISSIONER OF THE ABOVE ENTITLED COURT

Judge/Commissioner of the Superior Court of California
County of San Mateo

JOHN C. FITTON, COURT EXECUTIVE OFFICER/CLERK

By _____
Deputy

SC32 (N) Rev. 7/06 (SEAL)

BENCH WARRANT

www.sanmateocourt.org

STATE OF CALIFORNIA } SS.
COUNTY OF SAN MATEO

I, John C. Fitton, the Clerk of the Superior Court of the above entitled County, do hereby certify that the foregoing is a full, true and correct copy of the original on file in my office; and that I have carefully compared same with the original.
Witness my hand and seal of said Superior Court

This __14th__ day of __May__ __2008__
Clerk of the Superior Court of California, County of San Mateo
By _____
Deputy Clerk