**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS INTERNET SERVICES**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES, a California corporation** | Case No.  CV-08-1321 EMC |
| Plaintiff, | **REQUEST FOR APPEARANCE BY TELEPHONE and (PROPOSED) ORDER** |
| vs. | |
| **MEMBER SOURCE MEDIA, LLC, a California limited liability company, et al.,** | |
| Defendants. | |

        Pursuant to Northern District of California Local Rule 16-10, Plaintiff requests that It be permitted to participate by telephone in the Case Management Conference and Defendant's Motion for Security currently set for 10:30 A.M. on June 11, 2008.

        Plaintiff and its counsel of record are located in Humboldt County, California.  Plaintiff seeks by this request to avoid the unnecessary burden and expense of sending its counsel to San Francisco, California, to participate in the proceeding in person.   Plaintiff does not anticipate that a telephonic appearance by its counsel will inconvenience the court or prejudice any other party.  Plaintiff's Counsel, Jason K. Singleton, will be available by the telephone at (707) 441-1177 to call or for the Court to call on June 11, 2008, at 10:30 a.m. or such other time as designated by the Court.

///

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SINGLETON LAW GROUP**

Dated:        June 9, 2008         /s/ Jason K. Singleton_____
                                   Jason K. Singleton
                                   Richard E. Grabowski, Attorneys for Plaintiff,
                                   **ASIS INTERNET SERVICES**


**ORDER**

Pursuant to the request made by Plaintiff's Counsel, Jason K. Singleton, appearance by telephone on June 11, 2008, at the Case Management Conference and Defendant's Motion for Security is granted.  Mr. Singleton will be available at (707) 441-117 to call the Court at (415) _____ / to receive a call from the Court at 10:30 a.m. until such time as the hearings are conduction.

Dated:      _____      _____
                                       EDWARD M. CHEN
                                       UNITED STATES MAGISTRATE JUDGE