1  **Jason K. Singleton,** State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski,** State Bar #236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501

5  (707) 441-1177
   FAX  441-1533

6  Attorneys for Plaintiff, ASIS INTERNET SERVICES

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  ASIS INTERNET SERVICES, a California corporation | Case No.  CV-08-1321 EMC |
| 11 | |
| 12      Plaintiff, | REQUEST FOR APPEARANCE BY TELEPHONE and (PROPOSED) ORDER |
| 13  vs. | |
| 14  MEMBER SOURCE MEDIA, LLC, a California limited liability company, et al., | |
| 15 | |
| 16      Defendants. | |

17      Pursuant to Northern District of California Local Rule 16-10, Plaintiff requests that It be

18  permitted to participate by telephone in the Case Management Conference and Defendant's

19  Motion for Security currently set for 10:30 A.M. on June 11, 2008.

20      Plaintiff and its counsel of record are located in Humboldt County, California.  Plaintiff

21  seeks by this request to avoid the unnecessary burden and expense of sending its counsel to

22  San Francisco, California, to participate in the proceeding in person.  Plaintiff does not

23  anticipate that a telephonic appearance by its counsel will inconvenience the court or prejudice

24  any other party.  Plaintiff's Counsel, Jason K. Singleton, will be available by the telephone at

25  (707) 441-1177 to call or for the Court to call on June 11, 2008, at 10:30 a.m. or such other

26  time as designated by the Court.

27  ///

28  ///

**SINGLETON LAW GROUP**

Dated:      June 9, 2008                /s/ Jason K. Singleton
                                        Jason K. Singleton
                                        Richard E. Grabowski, Attorneys for Plaintiff,
                                        **ASIS INTERNET SERVICES**

**ORDER**

Pursuant to the request made by Plaintiff's Counsel, Jason K. Singleton, appearance by telephone on June 11, 2008, at the Case Management Conference and Defendant's Motion for Security is granted. Mr. Singleton will be available at (707) 441-117 to ~~call the Court at (415) _____~~ / to receive a call from the Court at 10:30 a.m. until such time as the hearings are conduction.

Dated:   June 10, 2008     _____
                           EDWARD M. CHEN
                           UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

REQUEST FOR TELEPHONE APPEARANCE         2         CV-08-1321 EMC