**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** June 11, 2008

**Case No:** C08-1321 EMC          **FTR Time:** 11:02 - 12:28 p.m.

**Case Name:** ASIS INTERNET v. MEMBER SOURCE

    **Attorneys:**   Jason Singleton for Plaintiff (by phone 707-441-1177)
                      Hank Burgoyne for Defendant

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

 -(1) DEFENDANT'S MOTION FOR SECURITY FOR COSTS INCLUDING ATTORNEYS' FEES
- (2) CMC

**ORDERED AFTER HEARING:**

(1) Court took matter under submission and will issue order.
(2) CMC reset for 8/13/08 at 10:30 a.m.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:** 08/13/08 at 10:30 a.m. for Status re Motion and CMC.  A Joint Status Conference Statement shall be filed by 8/6/08.

**cc:** EMC