**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES,<br><br>      Plaintiff,<br><br>  v.<br><br>MEMBER SOURCE MEDIA, LLC., etc.,<br><br>      Defendant.<br>_____/ | Case No. C08-01321 EMC<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT a Case Management Conference is specially scheduled for Wednesday, **July 23, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 450 Golden Gate Avenue, 15th Floor, San Francisco, CA 94102.   Parties shall be prepared to discuss the joint discovery plan and the joint letter re stay filed on July 14, 2008.

Dated: July 15, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

by: _____
      Betty Fong
      Courtroom Deputy