**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES,                                    Case No. C08-01321 EMC

       Plaintiff,

      v.                                                            **CLERK'S NOTICE**

MEMBER SOURCE MEDIA, LLC., etc.,

       Defendant.

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      YOU ARE NOTIFIED THAT the  **(1) STATUS RE DEFENDANT'S MOTION FOR**

**SECURITY FOR COSTS INCLUDING ATTORNEYS' FEES, and (2) Case Management**

**Conference** originally set for August 13, 2008 at 10:30 a.m. is reset for **August 27, 2008 at 10:30**

**a.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 450 Golden Gate Avenue, 15th Floor,

San Francisco, CA 94102.   A Joint Case Management Statement shall be filed by August 20, 2008.

      YOU ARE FURTHER NOTIFIED THAT the hearing on **PLAINTIFF'S MOTION TO**

**AMEND COMPLAINT** originally set for August 20, 2008 at 10:30 a.m. is reset  for **August 27,**

**2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 450 Golden Gate

///

///

///

**United States District Court**

For the Northern District of California

1    Avenue, 15th Floor, San Francisco, CA 94102.  Opposition shall be filed by August 6, 2008.  Reply

2    shall be filed by August 13, 2008.

3    Dated: July 15, 2008

4                                                            FOR THE COURT,

5                                                            Richard W. Wieking, Clerk

6

7                                                            by:  _____

8                                                                    Betty Fong

9                                                                    Courtroom Deputy

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28