**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX  441-1533

Attorneys for Plaintiff, ASIS INTERNET SERVICES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>        Plaintiff,<br>vs.<br><br>MEMBER SOURCE MEDIA, LLC, a California limited liability company, et al.,<br><br>        Defendants. | Case No.  CV-08-1321 EMC<br><br>REQUEST FOR APPEARANCE BY TELEPHONE and (P~~ROPOS~~ED) ORDER<br>  DENYING REQUEST |

Pursuant to Northern District of California Local Rule 16-10, Plaintiff requests that It be permitted to participate by telephone at the specially set Case Management Conference set for 1:30 P.M. on July 23, 2008.

Plaintiff and its counsel of record are located in Humboldt County, California.  Plaintiff seeks by this request to avoid the unnecessary burden and expense of sending its counsel to San Francisco, California, to participate in the proceeding in person.  Plaintiff does not anticipate that a telephonic appearance by its counsel will inconvenience the court or prejudice any other party.  Plaintiff's Counsel, Jason K. Singleton, will be available by the telephone at (707) 441-1177 for the Court to call on July 23, 2008, at 1:30 p.m. or such other time as designated by the Court.

///

///

**SINGLETON LAW GROUP**

Dated:     July 15, 2008          /s/ Jason K. Singleton
Jason K. Singleton
Richard E. Grabowski, Attorneys for Plaintiff,
**ASIS INTERNET SERVICES**

### ORDER

Pursuant to the request made by Plaintiff's Counsel, Jason K. Singleton, may appear by telephone on July 23, 2008, at the specially set Case Management Conference.  Mr. Singleton will be available at (707) 441-117 to receive a call from the Court at 1:30 p.m. until such time as the hearing is conducted.     DENIED.  COUNSEL SHALL APPEAR IN PERSON.

Dated:     July 18, 2008

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE



DENIED WITHOUT PREJUDICE
Judge Edward M. Chen