In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

CIVIL MINUTES

E-FILING

**Date:** July 23, 2008

**Case No:** C08-1321 EMC     **FTR Time:** 1:38-2:10 p.m.

**Case Name:** ASIS INTERNET v. MEMBER SOURCE

**Attorneys:**  Jason Singleton for Plaintiff
Hank Burgoyne for Defendant

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

- Status Conference re joint discovery plan and the joint letter re stay filed on July 14, 2008 (Docket #28)

**ORDERED AFTER HEARING:**

Court will issue order re motion to stay after Judge Henderson's decision in case C07-6211 TEH. Will notify parties if additional briefing is needed. The 8/27/08 hearing on (1) STATUS RE DEFENDANT'S MOTION FOR SECURITY FOR COSTS INCLUDING ATTORNEYS' FEES; (2) CMC; and (3) PLAINTIFF'S MOTION TO AMEND COMPLAINT; and the 10/15/08 Motion(s) for Summary Judgment are hereby vacated. Further CMC is set for 9/24/08 at 2:30 p.m. A joint CMC Statement shall be filed by 9/17/08.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x] Court

**Case continued to:** 09/24/08 at 2:30 p.m. for Further CMC. A joint CMC Statement shall be filed by 9/17/08.

cc: EMC