1  **KRONENBERGER BURGOYNE, LLP**
   Henry M. Burgoyne (CA Bar No. 203748)
2  Karl S. Kronenberger (CA Bar No. 226112)
   Jeffrey M. Rosenfeld (CA Bar No. 222187)
3  Margarita Calpotura (CA Bar No. 244711)
   150 Post Street, Suite 520
4  San Francisco, CA 94108
   Telephone:  (415) 955-1155
5  Facsimile:   (415) 955-1158
   hank@kronenbergerlaw.com
6  karl@kronenbergerlaw.com
   jeff@kronenbergerlaw.com
7  margarita@kronenbergerlaw.com

8  Attorneys for Defendant MEMBER SOURCE MEDIA, LLC

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES,** a California corporation,<br><br>         Plaintiff,<br><br>   vs.<br><br>**MEMBER SOURCE MEDIA, LLC,** *et al.*,<br><br>         Defendants. | CASE NO. CV-08-1321-EMC<br><br>**DEFENDANT MEMBER SOURCE MEDIA, LLC'S NOTICE OF MOTION AND MOTION TO STAY CASE**<br><br>Date of Hearing:    August 27, 2008<br>Time of Hearing:    10:30 a.m.<br>Location:               Courtroom C |

CASE NO. CV-08-1321-EMC                                         **MEMBER SOURCE'S NOTICE OF MOTION AND MOTION TO STAY**

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on August 27, 2008 at 10:30 a.m. or as soon thereafter as the matter may be heard in the above-titled Court, located in Courtroom C, 15th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendant Member Source Media, LLC ("Member Source"), will move to stay this action pending the resolution of the appeal in *ASIS Internet Services v. Azoogle.com, Inc.* No. 08-15979 currently proceeding before the Ninth Circuit Court of Appeals.

This motion is made pursuant to the Court's inherent power to stay proceedings in order to control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and for litigants. A stay should be granted because a) staying the case will promote judicial economy, b) Member Source will be faced with considerable expense if the case is not stayed, and c) Plaintiff ASIS Internet Services will not be prejudiced by a stay.

This motion is based on this notice, the memorandum of points and authorities in support of this motion, the declarations of Chris Sommer and Henry M. Burgoyne, III in support of this motion, and any additional evidence and argument that the Court may receive at or before the hearing on this motion.

DATED: August 12, 2008     KRONENBERGER BURGOYNE, LLP

By: ____/s/ Henry M. Burgoyne, III_____

Henry M. Burgoyne, III
Attorneys for Defendant,
MEMBER SOURCE MEDIA, LLC