**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Margarita Calpotura (CA Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
hank@kronenbergerlaw.com
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com
margarita@kronenbergerlaw.com

Attorneys for Defendant Member Source Media, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ASIS INTERNET SERVICES,** a California corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**MEMBER SOURCE MEDIA, LLC,** *et al.*,<br><br>　　　　Defendants. | CASE NO. CV-08-1321-EMC<br><br>**DECLARATION OF CHRIS SOMMER IN SUPPORT OF DEFENDANT MEMBER SOURCE MEDIA, LLC'S MOTION TO STAY CASE**<br><br>Date of Hearing:　August 27, 2008<br>Time of Hearing:　10:30 a.m.<br>Location:　　　　Courtroom C |

I, Chris Sommer, declare as follows:

　　1. I am the founder and Chief Executive Officer of Defendant Member Source Media, LLC ("Member Source"). Unless otherwise stated, I have personal knowledge of the facts stated herein.

　　2. Member Source is an Internet marketing company, which assists clients such as Blockbuster, Discover Card, and Columbia House in the online promotion of their goods and services.

3. These advertisements are delivered to consumers through the use of banner ads, incentive offers, and lawful email advertisements.

4. Member Source does not send the vast majority of the emails promoting its clients' goods and services. Rather, Member Source enters into arms length contracts with affiliate networks to send out these emails, providing the networks with the creative material to be included in the emails. In turn, these affiliate networks may contracts with third parties to send out emails on their behalf.

5. Member Source has undertaken an analysis of the 5,000 emails at issue in this case. Member Source developers programmed computer scripts to collect and cross-reference several factors about the emails against Member Source's daily media reports, including the dates and times the emails were sent and received, the nature of the emails' subject lines, and the offers promoted in the emails. Through this analysis Member Source has determined that the majority of the 5,000 emails were sent by just three publishers by way of one affiliate network of Member Source.

6. Consistent with our understanding of federal civil procedure, Member Source has and will continue to preserve all potentially relevant documents relating to the 5,000 emails at issue, the publishers of those emails, and the affiliate network that coordinated with the relevant publishers. If the Court agrees to stay this case, during the stay Member Source will respond to all relevant discovery concerning the 5,000 emails at issue, including discovery concerning the publishers of those emails and the affiliate network. Moreover, Member Source will not object to or otherwise oppose valid third party discovery by ASIS of documents relevant to the 5,000 emails or the publishers of those emails or the relevant affiliate network.

//
//
//

1
2
3
4

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that this Declaration was executed on August 12 2008, at San Francisco, California.

Chris Sommer

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KronenbergerLaw.com

CASE NO. CV-08-1321-EMC | 3 | DECLARATION OF C. SOMMER ISO MTN. TO STAY CASE