**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
Margarita Calpotura (CA Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
hank@kronenbergerlaw.com
karl@kronenbergerlaw.com
jeff@kronenbergerlaw.com
margarita@kronenbergerlaw.com

Attorneys for Defendant MEMBER SOURCE MEDIA, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES,** a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**MEMBER SOURCE MEDIA, LLC,** *et al.*,<br><br>Defendants. | CASE NO. CV-08-1321-EMC<br><br>**[PROPOSED] ORDER**<br><br>Date of Hearing:  August 27, 2008<br>Time of Hearing:  10:30 a.m.<br>Location:              Courtroom C |

CASE NO. CV-08-1321-EMC                    **PROPOSED ORDER GRANTING MOTION TO STAY CASE**

**ORDER**

Defendant Member Source Media, LLC ("Member Source")'s Motion to Stay Case was presented to this Court on August 27, 2008. The Court, having considered the relevant documents, arguments, and legal authorities, hereby concludes that, good cause appearing:

IT IS HEREBY ORDERED THAT this action is stayed pending the resolution of the appeal in *ASIS Internet Services v. Azoogle.com, Inc.* No. 08-15979 currently proceeding before the Ninth Circuit Court of Appeals.

IT IS SO ORDERED:

DATED: _____       _____

EDWARD M. CHEN

Magistrate Judge of United States District Court for the Northern District of California