**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX  441-1533

Attorneys for Plaintiff, ASIS Internet Services

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MEMBER SOURCE MEDIA, LLC, a California limited liability company, et al.,<br><br>Defendants. | Case No.  C-08-1321 EMC<br><br>ADMINISTRATIVE MOTION TO SEAL CERTAIN DOCUMENTS FILED IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO STAY AND DECLARATION OF RICHARD E. GRABOWSKI IN SUPPORT THEREOF<br><br>DATE:  IN CHAMBERS |

**PLEASE TAKE NOTICE** that Plaintiff, ASIS INTERNET SERVICES hereby moves for an order permitting the filing under seal of certain documents submitted in support of Plaintiff's Opposition to Motion to Stay pursuant to Local Rule 79-5.

## I. PROCEDURAL HISTORY

On July 11, 2008, this Court issued a Protective Order (Doc. #27), the terms of which were stipulated to by Plaintiff and Defendant in this matter.

This Protective Order defines "Protected Material" as "any Disclosure or Discovery Material that is designated as 'Confidential' or as 'Highly Confidential—Attorneys' Eyes Only'" and prohibits the disclosure of "Protected Materials" except in certain enumerated circumstances.  Protective Order at 1:28-2:5.  The Protective Order does not create any entitlement in any party to file confidential information under seal, and it specifically contemplates that any party desiring to file confidential information under seal will be required

to seek permission from the court pursuant to Civil Local Rule 79-5 to file such information. Section 10 of the Protective Order is controlling. The section reads:

> "Without written permission from the Designating Party or a court order secured after appropriate notice to all interested persons, a Party may not file in the public record in this action any Protected Material. A Party that seeks to file under seal any Protected Material must comply with Civil Local Rule 79-5." Protective Order at 10:11-14

## II. ARGUMENT

Civil Local Rule 79-(b) and (d) provide that a party may request by motion, in conformance with Civil L.R. 7-11, an order authorizing the sealing of part or all of a document which is to be filed with the Court. The rule provides the court may issue a sealing order where the information to be sealed in "privileged or protectable as a trade secret or otherwise entitled to protection under the law." The rule further provides that "[t]he request must be narrowly tailored to seek sealing only of sealable material…" Civil L.R. 79-5(a).

Plaintiff moves to file under seal Exhibit E to the Declaration of NELLA WHITE.

1. Exhibits E & G consists of a CD containing the emails received by ASIS Internet Services which are the subject of the within action. (Both Exhibits are on 1 CD)

Plaintiff files this motion in compliance with the Protective Order in this case and as a good faith effort to maintain the confidentiality of certain documents designated by the parties as "Highly Confidential—Attorneys' Eyes Only."

## III. CONCLUSION

Based on the foregoing, Plaintiff respectfully request the Court issue an order, pursuant to Civil Local Rule 79-5(b), permitting Plaintiff to file under seal Exhibits E & G to the Declaration of NELLA WHITE in support of Plaintiff's Opposition to Motion to Stay.

**SINGLETON LAW GROUP**

Dated:    August 18, 2008          /s/ Richard E. Grabowski
                                    Richard E. Grabowski
                                    Jason K. Singleton, Attorneys for Plaintiff,
                                    **ASIS INTERNET SERVICES**

**DECLARATION IN SUPPORT OF MOTION TO SEAL**

I, RICHARD E. GRABOWSKI, declare as follows:

1. I am an attorney duly licensed to practice in the United States District Court, Northern District of California, and I am one of the attorneys of record for Plaintiff. I have personal and firsthand knowledge of each fact hereinafter set forth and if called to testify could and would competently testify to the matters set forth herein.

2. Exhibits E and G to the Declaration of NELLA WHITE has been designated confidential and are protected by the Protective Order approved by the Court (Doc. #27) on July 11, 2008.

3. Submitted herewith by manual filing are true and correct copies of the following:

<u>Exhibits E & G:</u>    CD containing the emails received by ASIS Internet Services which are the subject of the within action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:    August 18, 2008         /s/ Richard E. Grabowski
                                  Richard E. Grabowski

1  **Jason K. Singleton**, State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski**, State Bar #236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
   (707) 441-1177
5  FAX  441-1533

6  Attorneys for Plaintiff, ASIS Internet Services

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 **ASIS INTERNET SERVICES**, a California   )   Case No.  C-08-1321 EMC
   corporation                                )
11                                            )
                                              )
12       Plaintiff,                           )   **[PROPOSED] ORDER GRANTING**
   vs.                                        )   **ADMINISTRATIVE MOTION TO FILE**
13                                            )   **CERTAIN DOCUMENTS UNDER SEAL**
   **MEMBER SOURCE MEDIA, LLC**, a            )
14 California limited liability company, et al., )
                                              )
15       Defendants.                          )
                                              )
16 _____)

17      Having considered the Administrative Motion of Plaintiff for an order permitting the

18 filing under seal of certain documents and good cause having been shown,

19      **IT IS HEREBY ORDERED** that Plaintiff's motion is GRANTED, and Plaintiff shall file

20 under seal the following pleadings:

21              <u>Exhibits E & G</u>:   CD containing emails which are the subject of
                                         the within action.
22

23 Dated:     _____          _____
24                                           EDWARD M. CHEN
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28