**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX  441-1533**

**Attorneys for Plaintiff, ASIS Internet Services**

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES, a California corporation**<br><br>　　　**Plaintiff,**<br>**vs.**<br><br>**MEMBER SOURCE MEDIA, LLC, a California limited liability company, et al.,**<br><br>　　　**Defendants.** | **Case No.  C-08-1321 EMC**<br><br>**MANUAL FILING NOTIFICATION** |

### MANUAL FILING NOTIFICATION

Regarding:    **EXHIBIT C** to **DECLARATION OF JOSH MOHLAND IN SUPPORT OF OPPOSITION TO MOTION TO STAY:**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

[**x**] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[**x**] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[_] Item Under Seal

1    [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

2    [_] Other (description): _____

3

4                                         **SINGLETON LAW GROUP**

5

6    Dated:         August 18, 2008           _/s/ Richard E. Grabowski_____
                                              Jason K. Singleton,
7                                             Richard E. Grabowski, Attorneys for Plaintiff,
                                              **ASIS INTERNET SERVICES**
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28