UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES,

        Plaintiff,

v.

MEMBER SOURCE MEDIA, LLC., etc.,

        Defendant.
_____/

Case No. C08-01321 EMC

**CLERK'S NOTICE**

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT **DEFENDANT'S MOTION TO STAY** originally set for August 27, 2008 at 10:30 a.m. is reset for **September 3, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 450 Golden Gate Avenue, 15th Floor, San Francisco, CA 94102. Reply remains to be due on August 22, 2008.

Dated: August 20, 2008

FOR THE COURT,

Richard W. Wieking, Clerk

by: _____
      Betty Fong
      Courtroom Deputy