UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, | No. C-08-1321 EMC |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| MEMBER SOURCE MEDIA, LLC, | |
| Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Further Case Management Conference set for September 24, 2008, at 2:30 p.m. has been changed to **October 1, 2008, at 2:30 p.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 450 Golden Gate Avenue, 15th Floor, San Francisco, CA 94102. A Joint Further Case Management Conference statement shall be filed by September 24, 2008.

Dated: August 28, 2008                    RICHARD W. WIEKING, CLERK


                                          By:      /s/
                                              Leni Doyle
                                              Deputy Clerk