UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CIVIL MINUTES*

**Judge: EDWARD M. CHEN**

**Date**: September 3, 2008

**Case No:** C 08-01321 EMC

**Case Title**: ASIS INTERNET SERVICES v. MEMBER SOURCE MEDIA

**Appearances:**

    For Plaintiff(s):   Jason Singleton

    For Defendant(s): Hank Burgoyne

**Deputy Clerk**:  Rowena B. Espinosa          **Court Reporter**: Kathy Sullivan

## *PROCEEDINGS*

1. Hearing on Defendant's Motion to Stay - held

MOTION/MATTER:  ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                (X) Taken under submission
                ( ) Withdrawn/Off Calendar
                ( ) Continued to:

Order to be prepared by:      ( ) Plaintiff   ( ) Defendant   (X) Court

## *SUMMARY*

- Parties shall work out a form of order addressing all issues discussed in Court to be filed in a week.