**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX  441-1533**

Attorneys for Plaintiff, ASIS INTERNET SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation,<br><br>　　　Plaintiff,<br>vs.<br><br>MEMBER SOURCE MEDIA, LLC, a California limited liability company, et al.,<br><br>　　　Defendants. | Case No.  CV-08-1321 EMC<br><br>**STIPULATION AND ORDER** |

Plaintiff, ASIS INTERNET SERVICES, and Defendant, MEMBER SOURCE MEDIA, hereby stipulate to the following:

1. Defendant Member Source Media, LLC ("Member Source") shall disclose to Plaintiff Member Source's information regarding the identities of the entity or entities believed to have initiated the subject emails.

2. Plaintiff is granted leave from the stay to amend the Complaint to name additional entities as defendants, serve such new defendants and allow them to appear for purposes of effecting an evidence preservation order.

3. After the new defendants have appeared, if there is discovery from third parties not yet named in the action that are not subject to the preservation order, and such discovery is necessary to the preservation of evidence, Plaintiff and Defendants shall meet and confer to address the evidentiary concerns.  Plaintiff

1  shall not serve any third-party subpoenas or other discovery without the consent
2  of Defendants. If the parties cannot reach agreement regarding such evidentiary
3  concerns, or regarding the contents of any third-party subpoenas or other
4  discovery sought to be served by Plaintiff, either party may apply to the Court for
5  a hearing regarding the same.

**SINGLETON LAW GROUP**

Dated:   September 11, 2008     /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, ASIS INTERNET SERVICES

**KRONENBERGER BURGOYNE, LLP**

Dated:   September 11, 2008     /s/ Henry M. Burgoyne, III
Henry M. Burgoyne, III, Attorneys for
Defendants, MEMBER SOURCE MEDIA, et al.

IT IS SO ORDERED:

Dated:   September 15, 2008   _____
EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen (seal: United States District Court, Northern District of California)*

STIPULATION AND ORDER                    2                    CV-08-1321 EMC