1 **KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne (CA Bar No. 203748)
2 Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
3 150 Post Street, Suite 520
San Francisco, CA 94108
4 Telephone:  (415) 955-1155
Facsimile:   (415) 955-1158
5 hank@KBInternetLaw.com
karl@KBInternetLaw.com
6 jeff@KBInternetLaw.com

7 Attorneys for Defendant MEMBER SOURCE MEDIA, LLC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES,** a California corporation,<br><br>           Plaintiff,<br><br>   vs.<br><br>**MEMBER SOURCE MEDIA, LLC,** *et al.*,<br><br>           Defendants. | CASE NO. CV-08-1321-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF FURTHER CASE MANAGEMENT CONFERENCE** |

CASE NO. CV-08-1321-EMC                                                    STIP AND [PROP] ORDER
                                                                                                    CONTINUING CMC

Plaintiff ASIS Internet Services and Defendant Member Source Media, LLC (collectively, the "Parties"), by and through their respective counsels of record, hereby stipulate as follows:

1) WHEREAS, a further case management conference for this action is currently set for September 16, 2009 at 2:30 pm;

2) WHEREAS, the oral argument on the appeal in *ASIS Internet Services v. Azoogle.com, Inc.*, No. 08-15979, is currently set for October 8, 2009 before the Ninth Circuit Court of Appeals.

3) NOW THEREFORE, THE PARTIES AGREE AND STIPULATE that the further case management conference, currently set for September 16, 2009 at 2:30 pm, shall be continued to October 21, 2009 at 1:30 pm, or such other date and time, that is convenient for the Court. An updated joint CMC statement shall be filed by October 14, 2009.

DATED: September 9, 2009                    DATED: September 9, 2009

**KRONENBERGER BURGOYNE, LLP**              **SINGLETON LAW GROUP**

By:    s/Jeffrey M. Rosenfeld               By:    s/Jason Singleton

Jeffrey M. Rosenfeld                        Jason Singleton

Attorneys for Defendant,                    Attorneys for Plaintiff,
Member Source Media, LLC                    ASIS Internet Services

**IT IS SO ORDERED:**

DATED: 9/14/09

Magistrate Judge, United States District Court for the Northern District of California



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

CASE NO. CV-08-1321-EMC             1                STIP AND [PROP] ORDER CONTINUING CMC

1  **ATTESTATION OF CONCURRENCE IN FILING**

2  Pursuant to the General Order No. 45, section 45 X(B), for The United States
3  District Court for the Northern District of California, I, Jeffrey M. Rosenfeld, hereby attest
4  that the concurrence to the filing of this Stipulation and [Proposed] Order to Continue
5  Date of Further Case Management Conference has been obtained from Jason Singleton
6  who has provided the conformed signature above.