IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES,<br><br>    Plaintiff,<br><br>  v.<br><br>MEMBER SOURCE MEDIA, LLC., etc.,<br><br>    Defendant._____/ | No. C08-1321 EMC<br><br>**JUDGMENT IN A CIVIL CASE** |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issued have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** pursuant to the ORDER RE CROSS-BRIEFS RE PREEMPTION filed April 20, 2010, Judgment is entered against Plaintiff. The Clerk of the Court is directed to close the file in this case.

Dated: April 27, 2010                                             Richard W. Wieking, Clerk

                                                                                By: Betty Lee
                                                                                Deputy Clerk