**KRONENBERGER BURGOYNE, LLP**
Henry M. Burgoyne (CA Bar No. 203748)
Karl S. Kronenberger (CA Bar No. 226112)
Jeffrey M. Rosenfeld (CA Bar No. 222187)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
hank@KBInternetLaw.com
karl@KBInternetLaw.com
jeff@KBInternetLaw.com

Attorneys for Interested Party, AZOOGLEADS.COM, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ASIS INTERNET SERVICES,** a California corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>**MEMBER SOURCE MEDIA, LLC,** *et al.*,<br><br>        Defendants. | CASE NO. CV-08-1321-EMC<br>          AMENDED<br>**[P~~RO~~OPOSED] ORDER GRANTING AZOOGLEADS.COM, INC.'S MOTION FOR DISBURSEMENT OF FUNDS IN COURT REGISTRY** |

CASE NO. CV-08-1321-EMC         **[PROP] ORDER GRANTING AZOOGLE'S MTN FOR DISBURSEMENT OF FUNDS**

1  Interested Third Party AzoogleAds.com, Inc. ("Azoogle")'s Motion for
2  Disbursement of Funds in Court Registry was presented to this Court on ~~May 18, 2011~~. April 18, 2011
3  The Court, having considered the relevant documents, arguments, and legal authorities,
4  hereby concludes that, good cause appearing:

5  IT IS HEREBY ORDERED THAT Azoogle's Motion for Disbursement of Funds in
6  Court Registry is GRANTED.

7  IT IS HEREBY FURTHER ORDERED THAT the funds in the amount of $7,500.00
8  deposited in the Court's registry account on July 15, 2008 in this action will be provided
9  to Azoogle, c/o Kronenberger Burgoyne, LLP 150 Post Street, Suite 520, San Francisco,
10 CA 94108.

12 IT IS SO ORDERED.

14 DATED: __April 27, 2011__



Magistrate Judge Edward M. Chen, United States District Court for the Northern District of California

CASE NO. CV-08-1321-EMC           1           [PROP] ORDER GRANTING AZOOGLE'S
                                                MTN FOR DISBURSEMENT OF FUNDS